## THE HELEN STORY.

### STORY v. TARR et al.

### (Circuit Court of Appeals, First Circuit. January, 1896.)

### No. 150.

Appeal from the District Court of the United States for the District of Massachusetts.

This was a libel by James G. Tarr and others against the Helen Story (Arthur D. Story, claimant). From a decree of distribution, the claimant appeals.

William A. Pew, Jr., for appellant.

M. J. McNeirny, for appellees.

Before COLT and PUTNAM, Circuit Judges.

No opinion: Decree of district court reversed, with costs of this court against the appellant, and the case is remanded, with authority to that court to try the case anew.